CHIPPY'S AUTO MART, INC., A NEW JERSEY CORPORA-
TION AND EUGENE RICCIO, TRADING AS GENE RIC-
CIO MOTORS, *ET AL.*, PLAINTIFFS-RESPONDENTS, v.
CHARLES R. HOWELL, COMMISSIONER OF BANKING
AND INSURANCE AND ARTHUR J. SILLS, ATTORNEY
GENERAL OF THE STATE OF NEW JERSEY, DEFEND-
ANTS-APPELLANTS.

Argued February 21, 1967—Decided March 6, 1967.

*Mr. Richard Newman* argued the cause for the appellants
(*Mr. Arthur J. Sills,* attorney).

*Mr. Grover C. Richman, Jr.* argued the cause for the re-
spondents (*Messrs. Richman, Berry & Ferren,* attorneys).

PER CURIAM. The judgment is affirmed for the reasons ex-
pressed by Judge Gaulkin in the Appellate Division.

*For affirmance* — Chief Justice WEINTRAUB and Justices
JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANE-
MAN — 7.

*For reversal* — None.